IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **LOREN A. SMITH, on behalf of himself and all others similarly situated**<br><br>**Plaintiff,**<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. 1:13-cv-00583-EGB**<br><br>**Judge Eric G. Bruggink** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to RCFC 41(a)(1)(A)(i), Plaintiff Loren Smith voluntarily dismisses the above-captioned case with prejudice.

Dated this 29th day of December, 2014.

        Respectfully submitted,

        ROPES & GRAY L.L.P.

        /s/ Peter M. Brody_____
        Peter M. Brody
        Douglas H. Hallward-Driemeier
        700 12th St. NW Suite 900
        Washington, DC 20005
        Telephone: (202) 508-4600
        Facsimile: (202) 508-4650

        **ATTORNEYS FOR LOREN A. SMITH**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of December 2014, the foregoing was filed with the Court's electronic filing system, which will provide notice of this filing to all parties.

                                                  _/s/ Peter M. Brody_____
                                                  Peter M. Brody